UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-22154-GAYLES

CMA CGM S.A.,

    Plaintiff,

v.

YACHT EXPORT LLC and CROSSNET
INTERNATIONAL TRANSPORTATION,
INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Default Judgment Under Fed. R. Civ. P. 55(b)(2) (the "Motion") against Defendant Yacht Export LLC [ECF No. 28]. The Court has reviewed the Motion and the record and is otherwise fully advised.

    1.    Plaintiff brought this action against Defendants Yacht Export LLC and Crossnet International Transportation, Inc. seeking damages arising from a breach of contract and unpaid detention, demurrage, storage, and/or other costs pursuant to ocean bills of lading and carrier's tariff. [ECF No. 1].

    2.    Plaintiff served Crossnet International Transportation, Inc. on May 31, 2019, and Yacht Export LLC, on June 10, 2019. [ECF Nos. 9 & 10].

    3.    Plaintiff and Crossnet International Transportation, Inc. settled their dispute and filed a Joint Stipulation of Dismissal, which the Court entered, with prejudice, on April 30, 2020. [ECF Nos. 31 & 32].

    4.    Yacht Export LLC has not timely answered or otherwise responded to the Complaint.

5.	As a result of Yacht Export LLC's failure to respond to Plaintiff's Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's breach of contract, money due, and negligence allegations against Yacht Export LLC for containers transported by Plaintiff. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment Under Fed. R. Civ. P. 55(b)(2) [ECF No. 28] as to Defendant Yacht Export LLC is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58, final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of May, 2020.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE